
Case 2:09-cv-01287-DSF-RNB   Document 14   Filed 02/02/09   Page 1 of 12   Page ID #:55
Case 3:08-cv-05320-JSW   Document 14   Filed 02/02/09   Page 1 of 12

Fm:Scott Cole & Associates, APC To:Elena Baca, Esq; Perry (14158567100)    12:32 01/30/09GMT-05 Pg 02-06

1  COUNSEL LISTED ON NEXT PAGE
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11
12 VETRA PERRY-ROMAN, individually,      CASE NO. C08-05320 JSW
   and on behalf of all others similarly
13 situated,                             STIPULATION AND [PROPOSED]
                                         ORDER RESETTING DATE FOR CASE
14              Plaintiffs,              MANAGEMENT CONFERENCE;
                                         DECLARATION OF ELENA R. BACA
15       vs.
16 AIG RETIREMENT SERVICES, INC.,        Current Date:    March 6, 2009
                                         Proposed Date:   April 3, 2009
17              Defendant.               Time:            1:30 p.m.
                                         Courtroom:       2, 17th Floor
18                                       Judge:           Hon. Jeffrey S. White
19
20
21
22
23
24
25
26
27
28

CASE NO. C08-05320 JSW                              STIPULATION AND [PROPOSED] ORDER
LEGAL_US_W # 60931736.1                                     RESETTING DATE FOR CMC

```
 1   ELENA R. BACA (SB# 160564)
     elenabaca@paulhastings.com
 2   RYAN D. DERRY (SB# 244337)
     ryanderry@paulhastings.com
 3   PAUL, HASTINGS, JANOFSKY & WALKER LLP
     515 South Flower Street
 4   Twenty-Fifth Floor
     Los Angeles, CA 90071-2228
 5   Telephone: (213) 683-6000
     Facsimile: (213) 627-0705
 6
     AMY C. HIRSH (SB# 246533)
 7   amyhirsh@paulhastings.com
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
 8   55 Second Street, Twenty-Fourth Floor
     San Francisco, CA 94105-3441
 9   Telephone: (415) 856-7000
     Facsimile: (415) 856-7100
10
     Attorneys for Defendant
11   AIG RETIREMENT SERVICES, INC.

12   SCOTT EDWARD COLE (SB# 160744)
     scole@scalaw.com
13   MATTHEW R. BAINER (SB# 220972)
     mbainer@scalaw.com
14   EILEEN M. BISSEN (SB# 245821)
     ebissen@scalaw.com
15   SCOTT COLE & ASSOCIATES, APC
     1970 Broadway, Ninth Floor
16   Oakland, California 94612
     Telephone: (510) 891-9800
17   Facsimile: (510) 891-7030

18   Attorneys for Representative Plaintiff
     VETRA PERRY-ROMAN
19
```

-1-

CASE NO. C08-05320 JSW  
LEGAL_US_W # 60931736.1

STIPULATION AND [PROPOSED] ORDER
RESETTING DATE FOR CMC

1  WHEREAS on January 8, 2009, the Court transmitted its Order Setting Case
2  Management Conference and Requiring Joint Case Management Statement ("Order") for March
3  6, 2009, at 1:30 p.m.,
4  WHEREAS prior to the date the Court transmitted its Order, lead counsel for
5  Defendant AIG Retirement Services, Inc. had committed to speak at an out-of-town ALI-ABA
6  event on March 5 and 6, 2009,
7  WHEREAS the rescheduling of the Case Management Conference will not
8  prejudice any party,
9  IT IS HEREBY STIPULATED by and between the parties hereto, through their
10  respective counsel, and pursuant to this Court's Order and Civil Local Rules 16-2(e) and 7-12,
11  that the Case Management Conference be taken off calendar on March 6, 2009, and rescheduled
12  to April 3, 2009, or any date thereafter convenient to the Court.
13  IT IS SO STIPULATED.
14
15  Dated: January 29, 2009        SCOTT COLE & ASSOCIATES, APC
16
                                   By: _____
17                                         MATTHEW R. BAINER
18                                 Attorneys for the Representative Plaintiff
                                   VETRA PERRY-ROMAN
19
20  Dated: January __, 2009        PAUL, HASTINGS, JANOFSKY & WALKER, LLP
21
22
                                   By: _____
23                                         ELENA R. BACA
24                                 Attorneys for Defendant
                                   AIG RETIREMENT SERVICES, INC.
25
26
27
28
                                        -2-

CASE NO. C08-05320 JSW                              STIPULATION AND [PROPOSED] ORDER
LEGAL_US_W # 60931736.1                             RESETTING DATE FOR CMC

# DECLARATION OF ELENA R. BACA

I, Elena R. Baca, declare:

1. I am an attorney admitted to practice law in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for Defendant AIG Retirement Services, Inc. ("AIGRS"), and the attorney responsible for the defense of this action. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently thereto.

2. This Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement ("Order") sets the Case Management Conference in this action for March 6, 2009, at 1:30 p.m.

3. Prior to the time that the Court issued its Order, I agreed to be in Arizona on March 5 and 6, 2009, speaking on various panels at the ALI-ABA program entitled "Litigating Employment Discrimination and Employment-Related Claims and Defenses in Federal and State Courts." A true and correct copy of the ALI-ABA program brochure is attached hereto as Exhibit A.

4. Good cause exists to reschedule the Case Management Conference in this case as I am lead counsel for the above-captioned matter, and due to my speaking engagement, am unable to attend the Case Management Conference on March 6, 2009. In addition, rescheduling the Case Management Conference will not prejudice any party.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this ____ day of January, 2009, at Los Angeles, California.

ELENA R. BACA

-3-

CASE NO. C08-05320 JSW
LEGAL_US_W # 60931736.1

STIPULATION AND [PROPOSED] ORDER
RESETTING DATE FOR CMC

# EXHIBIT A



**American Law Institute | American Bar Association**
*The first national provider of CLE*

*22nd Annual Advanced ALI-ABA Course of Study/Live Video Webcast for Plaintiffs' and Defendants' Bars*

# Litigating Employment Discrimination and Employment-Related Claims and Defenses in Federal and State Courts

Thursday-Saturday, March 5-7, 2009
The Scottsdale Plaza Resort, Scottsdale (Phoenix), Arizona
and Live Video Webcast

Employment litigation has become increasingly complex as cases routinely present both common law claims and claims under a variety of statutes. Cut through the complexity with:

- **Focused presentations on the hottest topics in employment law**, including examinations of Race Discrimination, Disability Discrimination, Sex Discrimination, FLSA Litigation, Age Discrimination, Reductions-in-Force, Electronic Discovery, and Mediation

- **Practice pointers and tactical tips**

- **Balanced perspective from panels of experienced litigators, regulators, mediators, and judges**

*"Excellent overview of current trends in employment law.... The speakers were topnotch. The materials were outstanding and incredibly useful."*
— previous course registrant

www.ali-aba.org/CP027

### PLANNING AND PROGRAM CHAIRS
*(also on faculty)*

**Kay H. Hodge,** Stoneman, Chandler & Miller LLP, Boston

**Debra S. Katz,** Katz, Marshall & Banks, LLP, Washington, D.C.

### FACULTY
*Judges*

**Bernice B. Donald,** U.S. District Judge, Memphis

**Paul W. Grimm,** U.S. Magistrate Judge, Baltimore

**Marilyn Hall Patel,** U.S. District Judge, San Francisco

**William G. Young,** U.S. District Judge, Boston

*Litigators and Law Professors*

**Fred W. Alvarez,** Wilson Sonsini Goodrich & Rosati, P.C., Palo Alto, California

**Elena R. Baca,** Paul, Hastings, Janofsky & Walker, LLP, Los Angeles

**Beverly P. Baker,** Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Birmingham, Alabama

**Stephen Z. Chertkof,** Heller, Huron, Chertkof, Lerner, Simon & Salzman, PLLC, Washington, D.C.

**N. Douglas Grimwood,** The Grimwood Law Firm PLC, Phoenix

**Margaret A. Harris,** Butler & Harris, Houston

**Mark G. Kisicki,** Steptoe & Johnson LLP, Phoenix

**Peggy R. Mastroianni,** Associate Legal General, Equal Employment Opportunity Commission, Washington, D.C.

**Ashish Prasad,** Chief Executive Officer, Discovery Services LLC, Chicago

**Debra L. Raskin,** Vladeck, Waldman, Elias & Engelhard, P.C., New York

**Diana P. Scott,** Greenberg Traurig, LLP, Santa Monica, California

**Richard T. Seymour,** The Law Office of Richard T. Seymour, P.L.L.C., Washington, D.C.

**Michael C. Subit,** Frank, Freed, Subit & Thomas LLP, Seattle

*Mediators*

**Linda R. Singer,** JAMS ADR, Washington, D.C.

**Michael D. Young,** JAMS ADR, New York

**ALI-ABA Staff Attorney:**
**Thomas M. Hennessey,** Assistant Director, Office of Courses of Study

---

### Thursday, March 5, 2009

**7:45 a.m.** Registration and Networking Session

*Webcast Segment A*

**8:45 a.m.** Introduction and Course Overview

Judges Donald, Patel, and Young provide commentary throughout the program.

**9:00 a.m.** **Recent U.S. Supreme Court Rulings and High Profile Cases** – *Mr. Chertkof and Ms. Hodge*

The leading recent U.S. Supreme Court employment discrimination and civil rights decisions are reviewed.

**9:45 a.m.** **Recent Developments: Race, National Origin, and Religion** – *Mss. Baca and Mastroianni*

This panel reviews recent developments in these areas of the law, with special attention on the unique intersection of issues and claims involving employees with Middle Eastern and Arab backgrounds and/or employees who are Muslim.

**10:30 a.m.** Networking Break

**10:45 a.m.** **Recent Developments: Disability Discrimination and the Family and Medical Leave Act** – *Mr. Kisicki and Ms. Mastroianni*

Recent amendments to the Americans with Disabilities Act, passage of the Genetic Information Nondiscrimination Act (GINA), and complex issues arising from the intersection of disability discrimination and FMLA requirements make this area a continuing source of litigation.

**11:45 a.m.** **Recent Developments: Sex Discrimination and Family Responsibility Claims** – *Mss. Baker and Katz*

Recent developments in the area of sexual stereotyping, maternal bias, and family responsibility claims are discussed.

**12:15 p.m.** Lunch Break

*Webcast Segment B*

**1:45 p.m.** **Harassment in the Workplace** – *Ms. Harris and Mr. Kisicki*

Plaintiff and defense views of recent harassment cases involving harassment on the basis of gender, race, national origin, religion, age, and disability are presented. Panelists also discuss several high profile state harassment cases to illustrate trends and important differences in federal and state laws.

**2:45 p.m.** Networking Break

**3:00 p.m.** **Recurring Evidentiary and Expert Issues in Employment Litigation, including Depositions, Direct and Cross-Examination, and Impeachment Issues** – *Mss. Harris and Scott*

Expert witness and other evidentiary issues, including qualifications; Rule 35 mental exams and related issues; privileges; use of statistical evidence; sexual conduct (Rules 412-415); plaintiff's litigation history; admission of EEOC determinations; discrimination against other employees ("Me, too" evidence); stray remarks; comparator evidence

**5:00 p.m.** Adjournment for the Day

### Friday, March 6, 2009

8:30 a.m.  Networking Session

*Webcast Segment C*

Judges Donald, Grimm, Patel, and Young provide commentary throughout the program.

9:00 a.m.  **Compensation Rights and Responsibilities: Fair Labor Standards Act (FLSA) Litigation** – *Ms. Hodge and Mr. Seymour*

This segment provides a guide to understanding the requirements of the FLSA, including ways to avoid litigation and emerging issues. The panel discusses the proliferation of collective and class-action claims for wage and hour violations and employer defenses to these actions.

10:00 a.m.  Networking Break

10:15 a.m.  **Whistleblowing, Sarbanes-Oxley, and Retaliation Claims** – *Mr. Alvarez and Ms. Katz*

There has been an exponential rise in the number of retaliation cases brought as either add-on or stand-alone claims. This panel explores legal developments in these areas, including retaliation claims post-*Burlington Northern* and key developments under Sarbanes-Oxley. Developments regarding "adverse actions," protected activity, and causation are discussed.

11:15 a.m.  **Legal Implications of Reductions in Force: Age Discrimination and ERISA Claims** – *Mr. Grimwood and Ms. Hodge*

In light of the economic collapse, employers are increasingly faced with the need to reduce their workforce. This panel discusses recent developments in age discrimination and ERISA litigation important to attorneys working with employers who are downsizing and employees who are laid off.

12:15 p.m.  Lunch Break

*Webcast Segment D*

1:30 p.m.  **Understanding Electronic Discovery Rules** – *Judge Grimm and Mr. Prasad*

Hear from two of the leaders in the development of the electronic discovery rules now in force in the federal courts.

2:15 p.m.  Networking Break

2:30 p.m.  **Complying with Electronic Discovery Rules** – *Judge Grimm and Messrs. Alvarez, Chertkof, and Prasad*

Learn how to implement effective policies and practices to comply with electronic discovery rules. Learn what works and why.

3:30 p.m.  **Class Action Practice and Procedures** – *Ms. Baca and Mr. Seymour*

Changes in class action practice and procedure resulting from the Class Action Fairness Act of 2005; implications for future class actions in employment cases

4:30 p.m.  **Practical and Tactical Employment Litigation Issues** – *Mss. Baca, Baker, and Raskin and Mr. Seymour*

What works? What doesn't? Why? Practical lessons on: removal; counterclaims; when to move for summary judgment in light of *Reeves v. Sanderson Plumbing Products*, *Dessert Palace*, and their progeny; Rule 68 Offers of Judgment; and Joint Defense Issues

5:30 p.m.  Adjournment for the Day

### Saturday, March 7, 2009

8:00 a.m.  Networking Session

*Webcast Segment E*

Judges Donald, Grimm, Patel, and Young provide commentary throughout the program.

8:30 a.m.  **Employment Tort Claims** – *Mss. Katz and Scott*

Two leading practitioners present an annual roundup of evolving common law tort claims.

9:30 a.m.  **Ethical Issues in Employment Litigation** – *Judge Grimm and Mr. Chertkof*

10:30 a.m.  Networking Break

10:45 a.m.  **Public Employee Litigation under Sections 1981, 1983, and 1985** – *Mr. Subit*

11:30 a.m.  **Getting the Most Out of Mediation** – *Mss. Baker and Singer and Mr. Young*

Plaintiff and defense views on resolving disputes without going to trial are presented. When should mediation be considered? Who should raise it? Whom should you select as a mediator? How should you prepare? What should the final settlement agreement contain?

12:15 p.m.  **Concurrent Plaintiff and Defendant Clinical Sessions** *(not webcast or recorded)*

During these sessions, practitioners discuss matters of interest to registrants.

- Plaintiff's Trial Counsel Practice – *Ms. Raskin and Mr. Subit*
- Defendant's Trial Counsel Practice – *Mss. Baker, Hodge, and Scott*

1:00 p.m.  Adjournment

**Total 60-minute hours of instruction: 17, including one hour of ethics**

**20 hours of CPE credit in Business Law (group-live and group-internet-based program)**

As a registrant, you receive: online access to the study materials before the course; the printed study materials at the course; and online access to the archived webcast after the course!

**www.ali-aba.org/CP027**

- **MAIL** this form together with payment to ALI-ABA: REGISTRAR, ALI-ABA, 4025 Chestnut Street, Philadelphia, PA 19104-3099. Please attach names and addresses of additional registrants.
- **FAX** (215) 243-1664
- **Phone** 1-800-CLE NEWS
- **WEB** www.ali-aba.org

○ **Attend this course live in Scottsdale (Phoenix), AZ, March 5-7, 2009, for only $1,249.**

○ Please enter _____ registration(s) for the ALI-ABA Course of Study, **Litigating Employment Discrimination and Employment-Related Claims and Defenses in Federal and State Courts.** Tuition: $1,249. *CP027*

○ **Attend this course live via the Internet with our video webcast for only $1,049 — or view segments for only $299 each!**

Register me for the live video webcast (**e-mail address required**).
○ The entire program. Tuition: $1,049 *WAP027*    ○ Webcast Segment C. Tuition: $299 *WAP027C*
○ Webcast Segment A. Tuition: $299 *WAP027A*    ○ Webcast Segment D. Tuition: $299 *WAP027D*
○ Webcast Segment B. Tuition: $299 *WAP027B*    ○ Webcast Segment E. Tuition: $299 *WAP027E*

» **GO ONLINE TO REGISTER GROUPS OF 2 OR MORE AND SAVE!**

○ **Can't attend? You don't have to miss anything!**
○ Send a DVD (video) of the program, including a complimentary mp3 CD-ROM and PDFs of the course materials, for $829. *AP027V*
○ Send an audio mp3 CD-ROM of the program, including PDFs of the course materials, for $629. *AP027*
○ Send the printed course materials only, for $249. *SP027*

*Online video and audio and searchable (PDF) course materials of this program will be available.*

○ **Tuition discounts**
○ I am a recent law school graduate (< 2 years) or retired senior lawyer (65 or older). Payment is in the amount of the stated tuition, minus 50%.
○ My office is a member of ALI-ABA In-House. Payment is in the amount of the stated tuition or price, minus 15%.

*PA residents only, add 7% sales tax to total amount (excluding course registrations).*

$ _____ **Total**                                         ○ Check enclosed (payable to ALI-ABA)

Please charge to my credit card:   ○ AMEX   ○ DISCOVER   ○ MasterCard   ○ VISA

Card no.: _____        Card expiration date: _____ / _____

NAME (PLEASE PRINT)

FIRM

STREET ADDRESS                                              SUITE/FLOOR NUMBER

CITY                                                        STATE        ZIP+4

PHONE (INCLUDE AREA CODE)                                   SIGNATURE

E-MAIL ADDRESS (REQUIRED FOR WEBCASTS AND ONLINE SUBSCRIPTIONS)   KEY CODE (FROM LABEL)

LAW PRACTICE AREA(S)                SIZE OF FIRM/COMPANY        YEAR ENTERED LAW PRACTICE

*CHANGE OF ADDRESS? GO TO WWW.ALI-ABA.ORG/ADDRESS/*

---

**SUBSTANTIAL GROUP DISCOUNTS AVAILABLE**

Register 2 for this course and get *all subsequent registrations* at 50% off (same live course only).

Significant discounts are available when two or more registrants view the webcast using one computer connection or telephone.

**For more information and rates, go to www.ali-aba.org/CP027 or e-mail groupregistration@ali-aba.org**

# Litigating Employment Discrimination and Employment-Related Claims and Defenses in Federal and State Courts

Employment cases are an increasingly significant part of federal and state court dockets. Cases arising out of the employment relationship often present claims under a variety of statutes and the common law, including the Sarbanes-Oxley whistleblower law, the wage and hour provisions of the Fair Labor Standards Act and state laws, ERISA, the Family and Medical Leave Act, as well as federal and state anti-discrimination laws.

This annual advanced ALI-ABA course of study, **comprising 17 hours of instruction and including one hour of ethics,** leads you on an exploration of the claims *and* defenses often raised in these employment cases and focuses on litigation of the claims. The applicability of the newly enacted electronic discovery rules to individual employment cases is also discussed, and developments in the relatively new but rapidly burgeoning area of Family Responsibility Discrimination are explored. Leading plaintiffs' and defense counsel bring you a balanced review of the principal issues and most significant areas of controversy in employment cases, while distinguished jurists provide commentary throughout.

The course includes concurrent plaintiff and defendant sessions that review the most practical and innovative means of resolving employment discrimination and civil rights cases, as well as successful techniques in handling pre-trial and trial proceedings before juries, courts, administrative bodies, and ADR representatives.

If your practice includes (or focuses on) the field of employment law, this program is a must-attend event. With a balanced, world-class faculty composed of judges, litigators, law professors, and mediators guiding you through a sophisticated and highly relevant program, you will see why this ALI-ABA course of study is consistently praised by registrants.

Time is reserved throughout the program to address written questions submitted by the registrants.



**HOTEL ACCOMMODATIONS / GROUP RATE**
Warm and inviting, this crown jewel among Phoenix resorts in the Valley of the Sun beckons. Desert vistas rise up to meet majestic mountains, conquered only by endless blue skies. And the Scottsdale Plaza Resort is in the middle of it all!

**Reserve your hotel room by February 11 to take advantage of the group rate of $295 per night** (plus $15 fees). You must mention this ALI-ABA course of study to qualify for this special rate. Room reservations may be made by calling or writing to the Scottsdale Plaza Resort, 7200 North Scottsdale Road, Scottsdale, AZ 85253; phone (480) 948-5000 or (800) 832-2025; FAX (480) 951-5100; website www.scottsdaleplaza.com. Confirmations will be sent by the hotel. Please read the cancellation policy carefully.

**GET MANDATORY CLE AND CPE CREDIT**
ALI-ABA is an accredited MCLE provider in AR, AZ, CA, CO, IL, ME, MO, MS, MT, ND, NM, NV, NY, OK, PA, RI, SC, VT, WI, WV, and WY. We apply for accreditation on a course-by-course basis in virtually all other MCLE jurisdictions, including AL, DE, FL, GA, IA, ID, IN, KS, KY, LA, MN, NC, NH, OH, OR, TN, TX, UT, VA, and WA. For this course, ALI-ABA will apply for 17 credits, including one ethics credit, in 60-minute states; and for 20.4 credits, including 1.2 ethics credits, in 50-minute states. In NY, this course is appropriate for both newly admitted and experienced attorneys. For specific information on CLE, CPE, or other professional accreditation, please e-mail the MCLE Team at TeamMCLE@ali-aba.org, go to http://www.ali-aba.org/mcle, or call 1-800-CLE-NEWS.

**NASBA ACCREDITATION**

ALI-ABA is registered with the National Association of State Boards of Accountancy (NASBA) as a sponsor of continuing professional education on the National Registry of CPE Sponsors. State boards of accountancy have final authority on the acceptance of individual courses for CPE credit. Complaints regarding registered sponsors may be addressed to the National Registry of CPE Sponsors, 150 Fourth Avenue North, Suite 700, Nashville, TN 37219-2417. Web site: www.nasba.org. For more information regarding ALI-ABA's administrative policies, such as complaint and refund, please call Customer Service at (800) CLE-NEWS. CPE credit hours for this course: 20 in Business Law (group-live and group-internet-based program). Learning Objectives: Maintenance of professional competence as a practitioner; provision of information on recent developments; development of proficiency in performance of intricate and complex tasks within a narrow area. Suggested Prerequisite: Limited experience in practice in subject matter or completion of Basic CLE/CPE Course in subject matter. Level of Instruction: Advanced.

---

**WWW.ALI-ABA.ORG/CP027**
for more information about: registration • cancellation • breaks and refreshments • requirements for persons with disabilities
• tuition assistance • discounted airfares

NONPROFIT ORG
U.S. Postage
**PAID**
ALI-ABA

American Law Institute-American Bar Association
Continuing Professional Education
4025 Chestnut Street, Philadelphia, PA 19104-3099



SUBSTANTIAL GROUP DISCOUNTS AVAILABLE for live and webcast attendance

CP027

# ALI ABA

*22nd Annual Advanced ALI-ABA Course of Study/Live Video Webcast for Plaintiffs' and Defendants' Bars*

## Litigating Employment Discrimination and Employment-Related Claims and Defenses in Federal and State Courts

**Thursday-Saturday, March 5-7, 2009**
The Scottsdale Plaza Resort, Scottsdale (Phoenix), Arizona and Live Video Webcast

*"I especially enjoyed the comments and insights provided by the attending federal judges. I found the dialogue approach of exchanging oral argument or evidentiary issues very effective. Practical ethics presentation was very worthwhile."* – previous course registrant

*also available*
**Online CLE**
on-demand courses and MP3 downloads
*(online archive of this course free to all registrants)*

**Digital Library**
course materials, articles, periodicals, books and forms

**Physical Library**
printed course materials, DVDs, and MP3 CD-ROMs

**17 hours of MCLE Credit, including one hour of ethics**
**20 hours of CPE credit in Business Law (group-live and group-internet-based program)**

Fm:Scott Cole & Associates, APC To:Elena Baca, Esq; Perry (14158567100)  12:32 01/30/09 GMT-05 Pg 06-06

### [PROPOSED] ORDER

Pursuant to the Stipulation, the Case Management Conference in this matter is hereby rescheduled from March 6, 2009, at 1:30 p.m., to April 3, 2009, at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 3, 2009

_____
JEFFREY S. WHITE
Judge, United States District Court

-4-

CASE NO. C08-05320 JSW
LEGAL_US_W # 60931736.1

STIPULATION AND [PROPOSED] ORDER
RESETTING DATE FOR CMC

PAGE 6/6 * RCVD AT 1/30/2009 9:32:38 AM [Pacific Standard Time] * SVR:SFORF1/4 * DNIS:9998 * CSID:Fax * DURATION (mm-ss):03-02