**United States District Court**
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    VETRA PERRY-ROMAN,

10                 Plaintiff,                              No. C 08-05320 JSW

11         v.

12   AIG RETIREMENT SERVICES, INC., et al.,       **ORDER SETTING BRIEFING**
                                                  **SCHEDULE**
13                 Defendants.
                                         /
14

15         This matter is set for a hearing on May 8, 2009 on the motion to transfer venue filed by

16   defendants AIG Retirement Advisors, Inc. and The Variable Annuity Life Insurance Company.

17   The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than

18   March 26, 2009 and a reply brief shall be filed by no later than April 2, 2009.

19         If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23         **IT IS SO ORDERED.**

24

25   Dated: March 12, 2009                        _____
                                                  JEFFREY S. WHITE
26                                                UNITED STATES DISTRICT JUDGE

27

28