*(Counsel of Record on Next Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETRA PERRY-ROMAN, individually, and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> AIG RETIREMENT SERVICES, INC., <br><br> Defendant. | Case No.: 3:08-CV-05320 JSW <br><br> CLASS ACTION <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA <br><br> Date:     T.B.D. <br> Time:    T.B.D. <br> Judge:   Hon. Jeffery S. White <br> Courtroom: 11, 19th Floor |

| | |
|---|---|
| 1 | SCOTT EDWARD COLE, Esq. (S.B. #160744) |
| | MATTHEW R. BAINER, Esq. (S.B. #220972) |
| 2 | STEVEN M. HICKS, Esq. (S.B. #244963) |
| | SCOTT COLE & ASSOCIATES, APC |
| 3 | 1970 Broadway, Ninth Floor |
| | Oakland, California 94612 |
| 4 | Telephone: (510) 891-9800 |
| | Facsimile: (510) 891-7030 |
| 5 | web: www.scalaw.com |
| 6 | Attorneys for Representative Plaintiff |
| | VETRA PERRY-ROMAN |
| 7 | |
| | ELENA R. BACA (SB# 160564) |
| 8 | elenabaca@paulhastings.com |
| | RYAN D. DERRY, Esq. (S.B. #244337) |
| 9 | ryanderry@paulhastings.com |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 10 | 515 South Flower Street |
| | Twenty-Fifth Floor |
| 11 | Los Angeles, CA 90071-2228 |
| | Telephone: (213) 683-6000 |
| 12 | Facsimile: (213) 627-0705 |
| 13 | AMY C. HIRSH, Esq. (S.B. #246533) |
| | amyhirsh@paulhastings.com |
| 14 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street, Twenty-Fourth Floor |
| 15 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 16 | Facsimile: (415) 856-7100 |
| 17 | Attorneys for Defendants |
| | AIG RETIREMENT ADVISORS, INC. and |
| 18 | THE VARIABLE ANNUITY LIFE |
| | INSURANCE COMPANY |

**WHEREAS**, Defendants AIG Retirement Advisors, Inc. and The Variable Annuity Life Insurance Company ("Defendants") filed a Motion for Change of Venue on March 11, 2009;

**WHEREAS**, counsel for Plaintiff Vetra Perry-Roman ("Plaintiff") and Defendants met and conferred telephonically on March 25, 2009;

**WHEREAS**, the Honorable David O. Carter, United States District Court Judge in the Central District of California presided over the now settled matter of *Schmoekel v. The Variable Annuity Life Insurance Company*, USDC CACD No. SACV 06-5282 (C.D. Cal.) ("*Schmoekel*");

**WHEREAS**, the issues in *Schmoekel* relate to those in the instant case, and Judge Carter is familiar with those issues;

**WHEREAS**, the transfer of this matter to the Central District of California and its assignment to the Honorable David O. Carter would serve the interests of justice, serve the convenience of the parties, and serve the convenience of witnesses;

**WHEREAS**, the parties have agreed to conduct their initial meeting regarding discovery within two weeks of the transfer requested herein; and,

**WHEREAS**, neither the parties nor the absent class members herein will be prejudiced by the requested transfer.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto, through their attorneys of record, as follows:

  (1) Plaintiff shall file a Non-Opposition to Defendant's Motion to Change Venue concurrently with this Stipulation and Proposed Order;

  (2) The parties hereby request that this Court transfer the instant case to the Central District of California and that it be assigned to the Honorable David O. Carter;

  (3) The parties further request that this Court vacate all currently calendared briefing schedule and hearing dates set before this Court and request that they be reset at the convenience of the transferee Court, including Plaintiff's Motion to Dismiss Defendant AIG Retirement Services, Inc. and Motion to Re-Caption Pleadings; Defendants' Motion to Strike; and Defendants' Motion to Dismiss;

  (4) Once the matter has been transferred to the Central District of California, the parties shall conduct their initial meeting regarding discovery, pursuant to Federal Rule of Civil Procedure 26(f) within 14 calendar days; and

  (5) If the Court denies the parties' Stipulation, the parties agree that they will seek an amended briefing schedule for Defendants' Motion to Strike and Motion to Dismiss on file with this Court.

| | | |
|---|---|---|
| 1 | DATED: March 26, 2009 | SCOTT COLE & ASSOCIATES, APC |
| 2 | | |
| 3 | | By: /s/Matthew R. Bainer |
| 4 | | Matthew R. Bainer, Esq.<br>Attorneys for the Representative Plaintiff<br>VETRA PERRY-ROMAN |
| 5 | | |
| 6 | DATED: March 26, 2009 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/Elena R. Baca<br>ELENA R. BACA |
| 10 | | Attorneys for Defendants<br>AIG RETIREMENT ADVISORS, INC. and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY |

-4-

Stipulation and [Proposed] Order to Transfer Case to the Central District of California

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew R. Bainer, Esq., am the ECF User whose ID and password are being used to file this Certification of Service. In compliance with General Order 45, X.B., I hereby attest that Elena R. Baca has read and approved this Certificate of Service and consents to its filing in this action.

Dated:     March 26, 2009

        SCOTT COLE & ASSOCIATES, APC

        By:  /s/Matthew R. Bainer
             Matthew R. Bainer, Esq.
             Attorneys for the Representative Plaintiff

        VETRA PERRY-ROMAN

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that:

1.  The Court hereby transfers this action to the Central District of California, ~~before the Honorable David O. Carter~~.

2.  This Court hereby VACATES all calendared dates in the instant case and transfers all pending motions.

3.  Once the matter has been transferred to the Central District of California ~~and assigned to the Honorable David O. Carter~~, the parties shall conduct their initial meeting regarding discovery, pursuant to Federal Rule of Civil Procedure 26(f) within 14 calendar days.

IT IS SO ORDERED.

DATED: March  30, 2009      By: _____
                                 Judge Jeffrey S. White
                                 United States District Court

*IT IS SO ORDERED* — Judge Jeffrey S. White

-6-
Stipulation and [Proposed] Order to Transfer Case to the Central District of California