# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETRA PERRY-ROMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIG RETIREMENT SERVICES, INC.,<br><br>Defendant. | CASE NO. CV09-2287 DOC (RNBx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL**<br><br>Judge: Hon. David O. Carter |

# **ORDER**

Based on the Stipulation of Dismissal With Prejudice filed on July 27, 2010, and upon a finding of good cause, the Court hereby orders:

The above referenced matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 29, 2010

_David O. Carter_
Honorable David O. Carter
United States District Court Judge

LEGAL_US_W # 65252915.1